UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO. 21CR2088-JLS |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| v. | |
| JAVIER HERNANDEZ VAZQUEZ, | |
| Defendant. | |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the motion hearing/trial setting in this matter now scheduled for August 27, 2021 be continued until Friday, September 17, 2021 at 1:30 p.m.

**IT IS FURTHER ORDERED** that time is excluded due to pending pretrial motions on file.

**IT IS SO ORDERED**.

Dated: August 12, 2021

Janis L. Sammartino
Hon. Janis L. Sammartino
United States District Judge